Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Darlene A. Montroy** | : | Case No. 15−10072−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 2nd of October, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-10072-TPA
Darlene A. Montroy                                                      Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                   Page 1 of 2                  Date Rcvd: Oct 02, 2018
                              Form ID: 309                 Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             #+Darlene A. Montroy,    2905 Holland Street,    Erie, PA 16504-1043
cr              American InfoSource LP as agent for Spot Loan fka,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13984019       ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,     300 Saint Paul Place,    BSP13A,
                  Baltimore, MD 21202)
14014893        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
13984017       +Citifinancial,    605 Munn Road,    C/S Care Dept.,    Fort Mill, SC 29715-8421
13984018       +Citifinancial,    280 Commons Drive,    Du Bois, PA 15801-3808
13984020       +Citifinancial,    2962 East State Street,    Hermitage, PA 16148-2757
13984023       +Enhanced Acquisitions, LLC,    3840 East Robinson Road,    Suite 353,    Buffalo, NY 14228-2001
13984024       ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                (address filed with court: Focus Receivables Management,    1130 Northchase Park,    Suite 150,
                  Marietta, GA 30067)
13984029       +Phelan Hallinan Schmieg,    555 Grant Street, Suite 360,    Pittsburgh, PA 15219-4411
13984031       +Phelan, Hallinan LLP,    One Penn Center at Suburban Station,    1617 John F. Kennedy Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
13984032       +Royal Resorts Vacations,    c/o Trading Places International,    PO Box 30417,
                 Los Angeles, CA 90030-0417
13984038       +Time-Warner Cable,    One Time Warner Center,    New York, NY 10019-6010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 03 2018 02:34:45
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr              +EDI: PRA.COM Oct 03 2018 06:13:00       PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13984016       +EDI: ALLIANCEONE.COM Oct 03 2018 06:13:00       Alliance One Receivables,    4850 Street Road,
                 Suite 300,    Feasterville Trevose, PA 19053-6643
13987898        EDI: AIS.COM Oct 03 2018 06:13:00       American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
13986156        EDI: AIS.COM Oct 03 2018 06:13:00       American InfoSource LP as agent for,    Spot Loan,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14404894       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 03 2018 02:34:45
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13984021       +E-mail/Text: bankruptcy@diamondresorts.com Oct 03 2018 02:33:48       Diamond Resorts,
                 10600 West Charleston Boulevard,    Las Vegas, NV 89135-1260
13984022       +EDI: DCI.COM Oct 03 2018 06:13:00       Diversified Consultants,    PO Box 551268,
                 Jacksonville, FL 32255-1268
13984025       +E-mail/Text: collections@greentrustcash.com Oct 03 2018 02:34:53       Green Trust Cash, LLC,
                 PO Box 340,    Hays, MT 59527-0340
13984026       +E-mail/Text: bankruptcy@affglo.com Oct 03 2018 02:34:21       Leading Edge Recovery Solutions,
                 5440 North Cumberland Avenue,    Suite 300,    Chicago, IL 60656-1486
13984027       +EDI: AGFINANCE.COM Oct 03 2018 06:13:00       OneMain Financial,    6801 Colwell Boulevard,
                 C/S Care Dept.,    Irving, TX 75039-3198
13984028       +EDI: AGFINANCE.COM Oct 03 2018 06:13:00       OneMain Financial,    300 Saint Paul Place,    BSP13A,
                 Baltimore, MD 21202-2120
14423304        EDI: PRA.COM Oct 03 2018 06:13:00       Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
13984030       +E-mail/Text: nod.referrals@fedphe.com Oct 03 2018 02:33:39       Phelan, Hallinan & Schmieg,
                 One Penn Center at Suburban Station,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
14004167        EDI: AGFINANCE.COM Oct 03 2018 06:13:00       Springleaf Financial Services,    PO Box 3251,
                 Evansville, IN 47731
13984035        EDI: AGFINANCE.COM Oct 03 2018 06:13:00       Springleaf Formerly American General,
                 Evansville Account Re,    600 North Royal Avenue,    Evansville, IN 47715
13984034        EDI: AGFINANCE.COM Oct 03 2018 06:13:00       Springleaf Formerly American General,
                 Millcreek Square Shopping,    17 Millcreek Square,    Erie, PA 16565
13984033       +EDI: BLUECHIP.COM Oct 03 2018 06:13:00       Spotloan,    PO Box 927,    Palatine, IL 60078-0927
13984037        EDI: AISTMBL.COM Oct 03 2018 06:13:00       T-Mobile,    12920 SE 38th Street,
                 Bellevue, WA 98006
13984036        EDI: AISTMBL.COM Oct 03 2018 06:13:00       T-Mobile,    PO Box 742596,    Cincinnati, OH 45274
13984040       +E-mail/Text: DL-ICOMSBankruptcy@charter.com Oct 03 2018 02:34:44       Time-Warner Cable,
                 3627 Zimmerman Road,    Erie, PA 16510-2642
13984039       +E-mail/Text: DL-ICOMSBankruptcy@charter.com Oct 03 2018 02:34:44       Time-Warner Cable,
                 PO Box 0901,    Carol Stream, IL 60132-0901
13984041       +E-mail/Text: EBankruptcy@UCFS.NET Oct 03 2018 02:35:15       United Consumer Financial Services,
                 865 Bassett Road,    Westlake, OH 44145-1194
                                                                                              TOTAL: 23
```

```
District/off: 0315-1           User: jmar              Page 2 of 2                Date Rcvd: Oct 02, 2018
                               Form ID: 309            Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bayview Loan Servicing, LLC, a Delaware Limited Li
cr            CitiFinancial Servicing LLC
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Daniel P. Foster    on behalf of Debtor Darlene A. Montroy dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Darlene A. Montroy jaguglia@verizon.net,
               googz21@hotmail.com
              Matthew Christian Waldt    on behalf of Creditor    CitiFinancial Servicing LLC
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ronald E. Cook    on behalf of Debtor Darlene A. Montroy ronald@mrdebtbuster.com,
               clarissa@mrdebtbuster.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 9
```