**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DARLENE A. MONTROY <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:15-10072 TPA <br><br><br> Document No.: |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/21/2015 and confirmed on 03/19/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,478.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,478.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 1,775.47 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,275.47 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | BAYVIEW LOAN SERVICING LLC** <br> Acct: 8477 | 0.00 | 25,585.83 | 0.00 | 25,585.83 |
| | DIAMOND RESORTS FINANCIAL SVCS INC <br> Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | ROYAL RESORTS VACATIONS <br> Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | BAYVIEW LOAN SERVICING LLC** <br> Acct: 8810 | 13,616.70 | 13,616.70 | 0.00 | 13,616.70 |
| | | | | | 39,202.53 |
| Priority | | | | | |
| | RONALD E COOK ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DARLENE A. MONTROY <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JOSEPH B AGUGLIA JR++ <br> Acct: | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| | JOSEPH B AGUGLIA JR++ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | * * * N O N E * * * | | | |

Unsecured

| | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | AMERICAN INFOSOURCE LP AGENT FOR | 951.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 0698 | | | | |
| | DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1392 | | | | |
| | ENHANCED ACQUISTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6314 | | | | |
| | FOCUS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1997 | | | | |
| | GREEN TRUST CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2525 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3433 | | | | |
| | SPOTLOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5522 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 4,164.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 8694 | | | | |
| | UNITED CONSUMER FINANCIAL SRVS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6487 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR S | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8302 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR T | 86.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 3423 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 39,202.53 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 13,616.70 |
| UNSECURED | 5,202.13 |

Date: 11/05/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com